```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

**UNITED STATES OF AMERICA**

      - against -                     **19-cr-624-2 (JGK)**

**KEVIN EPPS,**                             <u>ORDER</u>

             **Defendant.**

───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court has received the attached letter. The parties should assure that any sentencing letters to the Court are submitted through counsel and not directly to the Court.

**SO ORDERED.**

**Dated:**    **New York, New York**
               **August 10, 2020**         /s/ John G. Koeltl
                                           ─────────────────────
                                           **John G. Koeltl**
                                  **United States District Judge**

June 1, 2020

Honorable John G. Koeltz
United States District Judge
500 Pearl Street
New York, N.Y.  10007

Re:   Kevin Epps

Dear Judge Koeltz

My name is Marc Stewart, I'm 64 years old.  I retired from the U.S. Postal Service in 2014. During my service at the Post Office,  I was a Shop Steward/Coordinator for the APWU Clerks Union for over 15 years.

I've known Mr. Kevin Epps who I considered to be a younger brother of mine for over 40 years.  Kevin has always been an upstanding person in our community.  In our earlier years, Kevin assisted me with teaching the young children with sports, how to display sportsmanship towards their opponents and to respect their elders. Until this day, Kevin is loved and respected by the families in the neighborhood.

In my closing, Mr. Epps is considerate, loyal and respectful.  I'm not able to say that about a lot of people in his generation.  He's that person who will help you or direct you to where you can go for additional assistance.


Submitted Respectfully,

*Marc Stewart*
Marc Stewart



Marc Stewart
820 Boynton Ave. #7K
Bronx, N.Y. 10473

Honorable John G. Koeltz
United States District Judge
500 Pearl Street
New York, N.Y. 10007

Re: Kevin Epps