TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.

ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

August 11, 2020

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

      Re: <u>United States v. Kevin Epps</u>
         19 Cr. 624 (JGK)

Dear Judge Koeltl:

  Defendant Kevin Epps ("Epps") respectfully submits the attached letter in supplement to his previously filed sentencing submission. This letter was directly sent to the Court and docketed (Document 40). Defendant apologizes for the direct submission and has requested, and will continue to request, that all letters in support be submitted through counsel.

  Thank you for Your Honor's consideration of this letter and Epps' prior sentencing submission.

            Very truly yours,

            *Sanford Talkin*
            Sanford Talkin

cc: AUSA Michael Longyear (by ECF)